UNITED STATES DESTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

MARIA VISINTINI,

       PLAINTIFF,

vs.

RALPH HAYWARD, et al.,

       DEFENDANTS

_____/

CASE NO. CV08-5393

STIPULATION BETWEEN LITIGANTS TO RESET HEARING ON DEFENDANTS MOTION AND CASE MANAGMENT CONFERENCE ; ORDER

       MS. TRACY C. LEMMON, ATTORNEY FOR ALL DEFENDANTS IN THIS CASE KINDLY STIPULATED AND AGREED WITH MARIA VISINTINI, PLAINTIFF, TO RESET THE HEARING ON DEFENDANTS MOTION AND THE CASE MANAGMENT CONFERENCE, NOW ON THE CA.LENDER BEFOR THE HONORABLE JUDGE EDWARD M. CHEN, FOR JUNE 10. 09 BE RESET FOR NO LESS THEN 1 (ONE) MONTH, BUT AS THE THE COURT AND JUDGES CALENDER PERMITT.

MAY 18.09.

RESPECTFULLY SUBMITTED

MARIA VISINTINI, PLAINTIFF

ORDER

The hearing and Case Management Conference currently scheduled for June 10, 2009 is re-scheduled for July 29, 2009 at 3:00 p.m.

Tracy Lemmon 5/18/09
Attorney for Defendants

JUDGE EDWARD M. CHEN
UNITED STATES

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen