UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VISINTINI, | No. C-08-5393 EMC |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |
| RALPH HAYWARD, *et al.*, | **(Docket No. 33)** |
| Defendants. _____/ | |

Currently pending before the Court is Plaintiff Maria Visintini's request for leave to amend her complaint. Having considered her request in light of the Federal Rules of Civil Procedure, the Court finds that permission from the Court is unnecessary. Ms. Visintini is free to amend her complaint once as a matter of course.

On December 1, 2008, Ms. Visintini filed her initial complaint. *See* Docket No. 1. On March 16, 2009, Defendants Claudia Bouzon Meloni and Affordable Housing Associates ("AHA") filed a motion to dismiss or, in the alternative, for a more definite statement. *See* Docket No. 17. Subsequently, the remaining defendants -- *i.e.*, Ralph Hayward, David Greensfelder, Anthony J. Barron, Rauly Butler, and Susan Friedland -- filed a motion for joinder. *See* Docket No. 24. On June 11, 2009, all defendants except AHA filed a separate motion to dismiss themselves as individual defendants in the case. *See* Docket No. 31. No defendant has filed an answer. No third party complaint has been filed. Ms. Visintini has not previously amended her complaint.

"A party may amend its pleading once as a matter of course . . . before being served with a responsive pleading . . . ." Fed. R. Civ. P. 15(a)(1). Motions under Rule 12, such as Defendants'

motions to dismiss, are not "responsive pleadings." *Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 fn. 3 (9th Cir. 2000) ("A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15."). Therefore, Ms. Visintini is permitted to amend her complaint this first time as a matter of course, and does not need the Court's permission. *See* Fed. R. Civ. P. 15(a)(1). Any subsequent amendments must be with the Court's leave. *See* Fed. R. Civ. P. 15(a)(2).

In light of the foregoing, the request for leave to amend is unnecessary.

This order disposes of Docket No. 33.

IT IS SO ORDERED.

Dated: July 10, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2

**United States District Court**
For the Northern District of California

1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7
8 MARIA VISINTINI,                                             No. C-08-5393 EMC
9             Plaintiff,
10      v.
                                                               **CERTIFICATE OF SERVICE**
11 RALPH HAYWARD, *et al.*,
12            Defendants.
   _____/
13
14
15      I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern
16 District of California.  On the below date, I served a true and correct copy of the attached, by placing
17 said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing
18 said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery
19 receptacle located in the Office of the Clerk.
20 MARIA VISINTINI                                *ALL OTHER COUNSEL SERVED VIA*
   *Pro Se*                                      *ELECTRONIC FILING ("E-FILING")*
21 P.O. Box 231002
   Pleasant Hill, CA  94523
22 925/689-2343

23 Dated:  July 10, 2009                          RICHARD W. WIEKING, CLERK
24
25                                               By: _____/s/_____
                                                     Leni Doyle
26                                                   Deputy Clerk
27
28