UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

MARIA VISINTINI, PLAINTIFF

VS.

RALPH HAYWARD, PRES. DAVID GREENSFELDER,
V.P., ANTHONY J. BARRON, TREASURER,
RAULY BUTLER, SEC., SUSAN FRIEDLAND, EXEC.
DIR., CLAUDIA BOUZON MELONI, PROP. MNGR.,
AFFORDABLE HOUSING ASSOCIATES "AHA",

DEFENDANTS.

FILED AUG 2 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CV 08 5393- E M C

NOTICE OF MOTION/REQUEST TO EXTEND TIME FOR PLAINTIFF TO FILE/SUBMITT AMENDED COMPLAINT - FOR GOOD CAUSE. ; ORDER

PLAINTIFF MARIA VISINTINI, MOTIONES THE COURT TO GRANT HER AN EXTENTION OF TIME TO FILE AND SUBMITT HER AMENDED COMPLAINT, FOR EXTREM GOOD CAUSE IS EXISTING:

ALL PLAINTIFFS UPPER TEETH ARE ABSESSED, THEY ARE EATING AWAY HER GUMMS AND ARE EXTREMLY PAINFULL. SHE HAS NOT EATEN SOLID FOOD IN WEEKS, THE PAIN RADIATES TO THE NECK, EARS EVEN HER EYE SUCKETS HURT.

PLAINTIFF HAS SUBMITTED THE ORAL SURGENTS INVOICE TO THE ORGANIZATION IN NEW YORK WHICH RECIEVES PLAINTIFFS RESTITUTION FUNDS FROM AUSTRIA AND HUNGARIA FOR HER AND DOES THE "ADMINISTRATION & DISTRIBUTION BUT MAINLY CONTROLLS EVERY PENNY!!" SHE WAS INFORMED THAT THIS LARGE AMOUNT HAS TO BE APPROVED BY THE FINANCE COMMITY AND THAT SEVERAL MEMBERS ARE IN VACATION SO IT WILL TAKE A "LITTLE" TIME, BUT IT SHOULD NOT TAKE TO LONG!!! PLAINTIFF HAS ABSOLUTE NO CONTROLL (AND NEVER HAD) OVER HER OWN FUNDS PLAINTIFF DOES NOT HAVE DENTAL INSURANCE NOR DOES SHE HAVE THIS THIS KIND OF MONEYS TO PAY OUT OFF HERSELF. PLAINTIFF IS PRESSING (CALLING) ALMOST ON A DAILY BASIS NEW YORK, NO RESULT YET.

CONT.

PAGE TWO

THE COURT MUST KNOW THAT, PLAINTIFF IS UTTERLY ASHAMED TO TROTT HER HEALTH/FINANCIAL SITUATION OUT IN THE OPEN AND PUT IT ON THE SHOLDERS OF THE COURT. BUT SHE ALSO KNOWS THAT TO GRANT HER AN EXTENTION IS WITHIN THE COURTS POWER, THEREFOR SHE BEGS THE COURT TO DO JUST THAT. PLAINTIFF HUMBLE BEGS THE COURT TO BE MERCYFULL. ATTACHED ARE THE SURGETS PAPERS AND FOTO, EXH. ONE, TWO, THREE.

RESPECTRULLY SUBMITTED

*[signature: Maria Visintini]*

MARIA VISINTINI, PLAINTIFF
P.O. BOX 231002
PL.H. CA, 94523
(925) 288-1513

ORDER:

IT IS SO ORDERED that Plaintiff shall have until October 5, 2009 to file her amended complaint.

_____
EDWARD M. CHEN
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHUNG K. YEN, D.D.S.

| DATE OF TREATMENT 8/6/09 | | | | | | | |
|---|---|---|---|---|---|---|---|
| DUAL COVERAGE YES [ ] NO [ ] | | | | | | | |
| NAME Maria Visintini | | | | BILL TO | | | |
| ADDRESS | | | | | | | |

1500 00
57 00
60 00
100 00
———
2230 00

| DESCRIPTION | TOOTH# | ADA | FEE | DESCRIPTION | TOOTH# | ADA | FEE |
|---|---|---|---|---|---|---|---|
| **1. VISITS** | | | | **5. IMPACTED TEETH** | | | |
| Office Visit | X | D0140 | | Rem. of Tooth, Impacted | | D7220 | |
| Limited Oral Exam | | D0140 | | Rem. of Tooth, Impacted | | D7220 | |
| Emerg. Treat. | | D9110 | 60 | Rem. of Tooth, Impacted | | D7220 | |
| Post-Op Visits | X | | 60 | Rem. of Tooth, Impacted | | D7220 | |
| Specialist Consult | | D9310 | | Rem. of Tooth, Impacted | | D7230 | |
| **2. X-RAY & DIAGNOSIS** | | | | Rem. of Tooth, Impacted | | D7230 | |

| DESCRIPTION | TOOTH# | ADA | FEE |
|---|---|---|---|
| **7. CYSTS & NEOPLASM (Cont.)** | | | |
| Excision of Cyst, Small | | D7450 | |
| Excision of Cyst, Large | | D7451 | |
| Frenectomy | | D7960 | |
| Suture of Soft Tissue Wound or Inj. | | D7910 | |
| Crown Exposure, Orthodontia | | D7280 | |
| Crown Exposure, Orthodontia | | D7280 | |
| Transseptal Fibers | | D7291 | |
| Transseptal Fibers | | D7291 | |
| CROWN EXPOSURE NON-ORTHO | | D7281 | |
| **8. ANESTHESIA** | | | |
| Anesthesia | X | D9220 | 570 |
| Additional Time | | D9221 | |
| Drugs Oral & I.M. Pre-Med | | | |
| Monitoring | | | |
| Additional IV Drugs | | | |
| **9. ENDODONTIC SERVICES** | | | |
| Retrograde Filling | | D3430 | |
| Apicoectomy Separate Procedure Anterior | | D3410 | |
| Apicoectomy Separate Procedure Bicuspid | | D3421 | |
| Apicoectomy Separate Procedure Molar | | D3425 | |
| **10. IMPLANT SERVICES** | | | |
| Endosseous Implant | | D6010 | |
| Implants, Additional | | D6010 | |
| Augmentation | | D4864 | |
| Guid. Tiss. Reg. | | D4266 | |

| Single Film | | D0220 | | Rem. of Tooth, Impacted | | D7230 | |
| Entire Series | | D0210 | | Rem. of Tooth, Impacted | | D7230 | |
| Photos | | D0350 | | Rem. of Tooth, Impacted | | D7240 | |
| Intra-Oral Occlusal | | D0240 | | Rem. of Tooth, Impacted | | D7240 | |
| Panograph | X | D0330 | 150 | Rem. of Tooth, Impacted | | D7240 | |
| **3. BIOPSY** | | | | Rem. of Tooth, Impacted | | D7240 | |
| Oral Tissue Soft | | D7286 | | Rem. of Tooth, B.R. (See #10) | | D7241 | |
| Oral Tissue Hard | | D7285 | | Root Recovery | | D7250 | |
| **4. EXTRACTIONS – TEETH** | | | | **6. ALVEOLAR OR GING. RECONSTR.** | | | |
| Uncomplicated Single | 5 | D7140 | 180 | Edentulous Per Quad. | | D7320 | |
| Additional Tooth | 6 | D7140 | 80 | Edentulous Per Quad. | | D7320 | |
| Additional Tooth | 8 | D7140 | 80 | Edentulous Per Quad. | | D7320 | |
| Additional Tooth | 9 | D7140 | 80 | Edentulous Per Quad. | | D7320 | |
| Additional Tooth | 12 | D7140 | 80 | Addition to Rem. of Teeth Per Quad. | | D7310 | |
| Additional Tooth | | D7140 | | Addition to Rem. of Teeth Per Quad. | | D7310 | |
| Additional Tooth | | D7140 | | Addition to Rem. of Teeth Per Quad. | | D7310 | |
| Additional Tooth | | D7140 | | Addition to Rem. of Teeth Per Quad. | | D7310 | |
| Additional Tooth | | D7140 | | Rem. of Torus Palatinus | | D7470 | |
| Additional Tooth | | D7140 | | Rem. of Torus Mandibularis Per Quad. | | D7470 | |
| Additional Tooth | | D7140 | | Rem. of Torus Mandibularis Per Quad. | | D7470 | |
| Additional Tooth | | D7140 | | Excision of Hyperplastic Tissue | | D7970 | |
| Surg. Removal Erupted | 6 | D7210 | 300 | Gingivectomy/Tooth | | D4211 | |
| Surg. Removal Erupted | 11 | D7210 | 300 | **7. CYSTS & NEOPLASM** | | | |
| Surg. Removal Erupted | | D7210 | | Intra-Oral Inc. & Drn. of Abscess | | D7510 | |
| Surg. Removal Erupted | | D7210 | | Extra-Oral Inc. & Drn. of Abscess | | D7520 | |
| Surg. Removal Erupted | | D7210 | | Benign Tumor-Small | | D7430 | |
| Surg. Removal Erupted | | D7210 | | Resection of Benign Tumor-Large | | D7431 | |
| Surg. Removal Erupted | | D7210 | | Closure of Oral Fistula, Max. Sinus | | D7260 | |

These teeth are abscessed and patient is in pain.

**11. OTHER SERVICES**

**INSTRUCTIONS TO PATIENT FOR FILING CLAIMS** If you have dental insurance coverage with a private insurance company:
Attach this statement to your insurance claim form. Please contact your insurance company representative or dental plan carrier for a claim form. Fill in your part of their form (usually part one or part A). Attach this copy of your statement to it and turn it in or mail it to the insurance company or health plan office according to their instructions. Even though an insurance claim is filed, you will receive a statement each month if your account has a balance due. This office cannot accept responsibility for collecting your insurance claim or for negotiating a settlement on a disputed claim. There will be a $10.00 service charge added to all collection accounts.

| TOTAL CHARGE | $ |
|---|---|
| ESTIMATED PT. PAYMENT | $ |

**INSURANCE RELEASE**
I hereby authorize above signed dentist to furnish to my insurance company all information which said insurance company may request concerning my treatment or surgery. X _____ POLICY HOLDER'S SIGNATURE

**ASSIGNMENT OF INSURANCE**
I hereby authorize the above insurance company to pay the benefits relative to the services performed on this charge ticket to the above signed dentist. I understand I am financially responsible to the above signed dentist for all charges not covered by assignment.

_____ INSURED OR GUARDIAN SIGNATURE/PATIENT SIGNATURE

```
CHUNG K YEN D.D.S.
401 GREGORY LANE #208
PLEASANT HILL, CA 94523

(925)689-8500
```

STATEMENT NO. VI0036  PAGE NO. 1

STATEMENT DATE: 08/06/2009

CREDIT CARD # _____ EXP. _____

NAME _____
(As it appears on card)

SIGNATURE _____

TYPE OF CARD _____

AMOUNT ENCLOSED
$

GUARANTOR NAME AND MAILING ADDRESS

```
MARIA VISINTINI
1541 LACEY COURT, #3
CONCORD, CA      94520
```

PLEASE RETAIN THIS PORTION OF THE STATEMENT FOR YOUR RECORDS

| DATE | DESCRIPTION | NAME | CHARGES | CREDITS |
|---|---|---|---|---|
| 07/06/2009 | Balance Forward | | 0.00 | |
| 08/06/2009 | CHUN:D0140:Limited oral evaluation | MARIA | 60.00 | |
| 08/06/2009 | CHUN:D0330:Panoramic film | MARIA | 100.00 | |

TELEPHONE (925) 689-8500
FAX (925) 689-8501

CHUNG K. YEN, D.D.S.
ORAL & MAXILLOFACIAL SURGERY

OFFICE HOURS          401 GREGORY LANE, SUITE 208
BY APPOINTMENT         PLEASANT HILL, CA 94523

*these teeth are abscessed and the patient is in pain!*

| CURRENT | OVER 30 | OVER 60 | OVER 90 | BALANCE | INSURANCE |
|---|---|---|---|---|---|
| 160.00 | 0.00 | 0.00 | 0.00 | 160.00 | 0.00 |

PLEASE PAY THIS AMOUNT → 160.00

© Easy Dental 1997-2001   DLSTM 2   CHUNG K YEN D.D.S. - 401 GREGORY LANE #208 PLEASANT HILL, CA 94523 (925)689-8500

