| | |
|---|---|
| 1 | TRACY C. LEMMON, Bar No. 193372 |
| | BRAGG & KULUVA |
| 2 | Embarcadero Center West |
| | 275 Battery Street, Suite 1100 |
| 3 | San Francisco, CA  94111 |
| | (415) 273-6500 |
| 4 | (415) 273-6535 |
| | tlemmon@braggkuluva.com |

Attorneys for Defendants, Ralph Hayward, David Greensfelder, Anthony J. Barron, Rauly Butler, Susan Friedland, Claudia Bouzon Meloni, and Affordable Housing Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VISINTINI | CASE NO. CV085393 - EMC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** ; ORDER |
| RALPH HAYWARD, PRESIDENT; DAVID GREENSFELDER, V.P., ANTHONY J. BARRON, TREASURER, RAULY BUTLER, SEC., SUSAN FRIEDLAND, EXEC. DIR., CLAUDIA BOUZON MELONI, PROP. MNGR., AFFORDABLE HOUSING ASSOCIATES "AHA" | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that Defendants have up to and including October 30, 2009 to respond to Plaintiff's First Amended Complaint, filed on October 6, 2009.

DATE: October 26, 2009                              BRAGG & KULUVA

By: /s/_____
      TRACY C. LEMMON
      Attorney for Defendants

1

STIPULATION RE: ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT

DATE: October 26, 2009

By: /s/_____
MARIA VISINTINI

IT IS SO ORDERED:

DATED: _____October 26, 2009_____

By: _____
Judge Edward M. Chen

IT IS SO ORDERED

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

2

STIPULATION RE: ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT

PROOF OF SERVICE BY MAIL
(FRCivP 5(b)) or
(CCP 1013a, 2015.5) or
(FRAP 25(d))

I am employed with the law firm of BRAGG & KULUVA, whose address is Embarcadero Center West, 75 Battery Street, Suite 1100, San Francisco, CA  94111. I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with BRAGG & KULUVA's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of BRAGG & KULUVA's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at BRAGG & KULUVA with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at BRAGG & KULUVA, Embarcadero Center West, 275 Battery Street, Suite 1100, San Francisco, CA  94111, in accordance with BRAGG & KULUVA's ordinary business practices:

Maria Visintini
P.O. Box 231002
Pleasant Hill, CA  94523

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 26TH day of October 2009, at San Francisco, California.

/s/_____
Persis Ainey

STIPULATION RE: ADDITIONAL TIME TO RESPOND TO FIRST AMENDED COMPLAINT