UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA VISINTINI,

        Plaintiff,

   v.

RALPH HAYWARD, *et al.*,

        Defendants.
_____/

No. C-08-5393 EMC

**ORDER GRANTING DEFENDANTS' REQUEST TO RESET CASE MANAGEMENT CONFERENCE FROM 11/4/09 to 12/16/09**

    Upon review of Defendants' request to reset the Case Management Conference from November 4, 2009 at 2:30 p.m. to December 16, 2009 at 3:00 p.m. and Plaintiff's opposition, the Court hereby **GRANTS** Defendants' request. Plaintiff has not established that there is a need to have a conference on November 4, 2009 and that she would be unduly prejudiced if the conference were pushed back to December 16, 2009. Moreover, from an efficiency standpoint, it makes sense to have the conference held on the same date as Defendants' motions to dismiss.

    IT IS SO ORDERED that the Case Management Conference is **reset** from November 4, 2009 at 2:30 p.m. to **December 16, 2009 at 3:00 p.m.** An Updated Joint Case Management Statement shall be filed by December 9, 2009.

    IT IS SO ORDERED.

Dated: October 29, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VISINTINI, | No. C-08-5393 EMC |
|     Plaintiff, | |
|     v. | **CERTIFICATE OF SERVICE** |
| RALPH HAYWARD, *et al.*, | |
|     Defendants. _____/ | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

MARIA VISINTINI  
*Pro Se*  
P.O. Box 231002  
Pleasant Hill, CA  94523  
925/689-2343

*ALL OTHER COUNSEL SERVED VIA*  
*ELECTRONIC FILING ("E-FILING")*

Dated: October 29, 2009

RICHARD W. WIEKING, CLERK

By: _____  
    Betty Lee  
    Deputy Clerk