1  Maria Visintini
   P.O. Box 231082
2  Pleasant Hill, CA 94523
   925-288-1513
3
   Pro Se
4

**FILED**
DEC X 3 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5         UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
6
                                    ) Case Number: C 08-5393 EMC
7  Maria Visintini,                  )
                                    )
8            Plaintiff,              )
                                    ) NOTICE OF AND STIPULATION TO
9       vs.                          ) VOLUNTARY DISMISSAL; ORDER
                                    )
10 Hayward, et al.,                  )
                                    )
11           Defendant(s).           )
                                    )
12

13  TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR
14  RESPECTIVE COUNSEL OF RECORD:
15      PLEASE TAKE NOTICE that Plaintiff Maria Visintini and Defendants Hayward,
16  Greenfelder, Barron, Friedland, Meloni, Butler, and AHA, pursuant to Federal Rule of Civil
17  Procedure 41(a), stipulate to the voluntary dismissal of the above-captioned matter. Such
18  dismissal shall be without prejudice, with each side to bear its own costs and fees.
19      IT IS SO STIPULATED.
20
21  DATED: 11/19/09                    _____
                                        Tracy C. Lemmon
22                                      Attorney for Defendants
23
24
25  DATED: 11/19/09                    _____
                                        Maria Visintini
26                                      Plaintiff Pro Se

IT IS SO ORDERED

27

NOTICE OF AND STIP. TO VOL. DISMISSAL, PAGE 1 OF ___  EDWARD M. CHEN, MAGISTRATE JUDGE
[Prepared with assistance from VLSP]
                                        12/3/09
                                        Date